DOUGLAS RIPLEY et al., Respondents, v. DOUGLAS F. STORER et al., Appellants, et al., Defendant.

Submitted October 17, 1955; decided January 13, 1956.

The appeal having been decided, the motion to vacate a stay heretofore issued by the Court of Appeals on July 8, 1955, or, in the alternative, to modify certain conditions thereof is denied. [See 309 N. Y. 769.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK J. NEWMAN, Appellant.

Submitted January 9, 1956; decided January 13, 1956.

Application for assignment of counsel granted and John McKim Minton, Esq., of New York, New York, and Joseph Lonardo, Esq., of Long Island City, New York, assigned as counsel to defendant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEROY LOUIS and HENRY THOMAS, Respondents.

Submitted February 6, 1956; decided February 7, 1956.

Application by Joseph Cohen to withdraw as co-counsel to defendant Leroy Louis on the appeal herein granted.